BRETT L. TOLMAN, United States Attorney (#8821)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S DISTRICT COURT

2008 MAY 28 A 11: 40

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TYLER LANCASTER,

        Defendant.

INDICTMENT

VIO: 18 U.S.C. § 2422(b),
Coercion and Enticement For Illegal
Sexual Activity

Case: 2:08-cr-00300
Assigned To : Campbell, Tena
Assign. Date : 5/28/2008
Description: USA v.

The Grand Jury charges:

COUNT I
(18 U.S.C. § 2422(b))

Between May 15-17, 2008, in the Central Division of the District of Utah,

TYLER LANCASTER,

the defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a

1

criminal offense, and attempted to so persuade, induce, entice, and coerce; all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

KARIN M. FOJTIK
Assistant United States Attorney