BRETT L. TOLMAN, United States Attorney (#8821)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of American
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-4475

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br>         Plaintiff, : <br> vs. : <br> TYLER LANCASTER, : <br>         Defendant. : | Case No: 2:08 cr 300TC <br><br> FELONY INFORMATION <br><br> VIO: 18 U.S.C. 2425, Use of Interstate Facility to Transmit Information about a Minor <br><br> Hon. Tena Campbell |

The United States Attorney charges:

COUNT I
(18 U.S.C. 2425)

Between May 15-17, 2008, in the Central Division of the District of Utah,

TYLER LANCASTER,

the defendant herein, using a means of interstate or foreign commerce, the internet, did knowingly initiate the transmission of the name or electronic mail address of another

1

individual, knowing that such other individual has not attained the age of 16 years, with the intent to entice, encourage, offer, and solicit any person to engage in sexual activity for which any person can be charged with a criminal offense, and attempted to do so; all in violation of Title 18, United States Code, Section 2425.

Dated this 8th day of Jan, 2008.

BRETT TOLMAN
United States Attorney

_____
KARIN M. FOJTIK
Assistant United States Attorney